JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH CUSATO,<br><br>    Plaintiff,<br><br>v.<br><br>CHRYSLER CAPITAL, PAR NORTH AMERICA, LIGHTNING RECOVERY, INC., AND DOES 1 – 10, inclusive,<br><br>    Defendants. | Case No CV 22-4669-GW-AGRx<br><br>**ORDER GRANTING JOINT STIPULATION TO COMPEL ARBITRATION BETWEEN PLAINTIFF AND DEFENDANT SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL**<br><br>Complaint Filed: 07/08/2022 |

## ORDER

This matter comes before the Court on Plaintiff Judith Cusato ("Plaintiff") and Defendant Santander Consumer USA Inc. dba Chrysler Capital ("Chrysler Capital"), by their respective counsel of record, Joint Stipulation to Compel Arbitration between Plaintiff and Chrysler Capital.

/ / /

/ / /

/ / /

Having reviewed the Stipulation, and finding good cause exists for the relief requested therein, the Stipulation is hereby **GRANTED** as follows:

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and Sections 3 and 4 of the Federal Arbitration Act, the claims between Plaintiff and Chrysler Capital are hereby compelled to arbitration pursuant to the terms of the arbitration clause in the Lease. The proceedings as between Plaintiff and Chrysler Capital are hereby stayed pending the outcome of the arbitration.

The case will be administratively closed with the Court retaining jurisdiction to reopen the matter at the request of any party for further proceedings after the arbitration has been completed.

**IT IS SO ORDERED.**

DATE: September 12, 2022

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE